Supplement to Amended Complaint.

3-25-24

FILED BY ___ D.C.
MAR 25 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

24-80128-civ

At this time I would like to inform the courts I have signed up for electronic notifications. I am sorry it took some time for me to do this and I hope it has not messed up me getting justice in these courts.

Also I would like to inform everyone I think I made a mistake on my amended complaint seeking $1.00. I belive the financial compensation is more then $1.00 that I am entitled to.

The defendents must be brought to justice and I must be compensated more than $1.00 for the defendents actions. If the courts could appoint someone to help me with this extra ordinary case of retaliation I would appreciate it greatly and wouldn't make silly mistakes like this.

Jeff Hastings

3-25-24

I certify a true and correct copy of this document was mailed to d/s Russell on 3-25-24.
at
3228 gun club
W.P.B. FL. 33406

*[signature: Jeff Hast...]*